# United States District Court

NORTHERN District of CALIFORNIA

**FILED**
MAY - 8 1989
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
v.
MICHAEL KIRK LEGGETT

(Name of Defendant)

JUDGMENT INCLUDING SENTENCE
UNDER THE SENTENCING REFORM ACT

Case Number CR 88 0681 CAL

Rudolpho Orjales, AUSA

Pro Se / Rommel Bondoc, Special Advisor
Defendant's Attorney

**THE DEFENDANT:**

☒ pleaded guilty to count(s) one
☐ was found guilty on count(s) _____ after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18 U.S.C. Sec. 2113(a) | Bank Robbery | One |

ENTERED IN CRIMINAL DOCKET MAY 0 9 1989

The defendant is sentenced as provided in pages 2 through 5 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____ and is discharged as to such count(s).
☒ Count(s) two, three, and four (is)(are) dismissed on the motion of the United States.
☐ The mandatory special assessment is included in the portion of this Judgment that imposes a fine.
☐ It is ordered that the defendant shall pay to the United States a special assessment of $ _____, which shall be due immediately.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Defendant's Soc. Sec. Number: _____

Defendant's mailing address: _____

Defendant's residence address: _____

May 5, 1989
Date of Imposition of Sentence

*Charles A. Legge* (signature)
Signature of Judicial Officer

Charles A. Legge, USDJ
Name & Title of Judicial Officer

5/8/89
Date

Defendant: Michael Kirk Leggett
Case Number: CR 88 0681 CAL

Judgment—Page __2__ of __5__

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of __fourty-six months__ .

☒ The Court makes the following recommendations to the Bureau of Prisons:
That defendant be housed in the mid-west, near his daughter.

☐ The defendant is remanded to the custody of the United States Marshal.
☐ The defendant shall surrender to the United States Marshal for this district,

   ☐ at _____ a.m. / p.m. on _____ .

   ☐ as notified by the Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons

   ☐ before 2 p.m. on _____ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal

Defendant: Michael Kirk Leggett
Case Number: CR 88 0681 CAL

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of three years, with the following special conditions:
1) Defendant is to participate in a drug abuse prevention program, which will include drug testing;
2) Defendant shall submit to searches of his person, property, and vehicles as determined by the United States Probation Office.

While on supervised release, the defendant shall not commit another Federal, state, or local crime and shall comply with the standard conditions that have been adopted by this court (set forth on the following page). If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

☐ The defendant shall pay any fines that remain unpaid at the commencement of the term of supervised release.

*No fines or costs are imposed, because defendant does not have the ability to pay them.*

Judgment—Page __4__ of __5__

Defendant: Michael Kirk Leggett
Case Number: CR 88 0681 CAL

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on probation or supervised release pursuant to this Judgment:

1) The defendant shall not commit another Federal, state or local crime;
2) the defendant shall not leave the judicial district without the permission of the court or probation officer;
3) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5) the defendant shall support his or her dependents and meet other family responsibilities;
6) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7) the defendant shall notify the probation officer within seventy-two hours of any change in residence or employment;
8) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
10) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
13) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

These conditions are in addition to any other conditions imposed by this Judgment.

Judgment—Page 5 of 5

Defendant: Michael Kirk Leggett
Case Number: CR 88 0681 CAL

## RESTITUTION, FORFEITURE, OR OTHER PROVISIONS OF THE JUDGMENT

It is the finding of this court that no fines or costs are imposed, because defendant does not have the ability to pay them.