IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL KIRK LEGGETT,<br><br>  Defendant. | No. CR 88-00681 WHA<br><br>**ORDER DENYING REQUEST** |

Defendant has again requested an order directing the Clerk to correct certain clerical errors. As stated in earlier orders and the government's response to this letter, Mr. Leggett has raised the exact same issues in the past, and the Court has issued several orders and judgments denying the requested relief. The most recent order, dated July 22, 2007, denying Mr. Leggett's request stated that "[a]ny further requests regarding an alleged clerical error related to Mr. Leggett's sentence will not be considered" (Dkt. No. 213). Accordingly, his most recent request is **DENIED** for the reasons stated in those orders.

**IT IS SO ORDERED.**

Dated: July 18, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT
JUDGEJuly 18, 2008