IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 88-00681 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION FOR SANCTIONS** |
| MICHAEL KIRK LEGGETT, | |
| Defendant. | |

Defendant Michael Kirk Leggett was convicted of bank robbery and sentenced to 46 months imprisonment. The instant motion alleges that defendant had already served the reduced sentence assuming he was entitled to good time conduct. The gravamen of his "motion for sanctions" is that he served more time in custody than he should have. Even if this is true, there is no authority for sanctions in the form of "100 million dollars a day." Moreover, it appears that defendant was released in 1991 and any claim for relief has long since been barred by the statute of limitations or doctrine of laches. Mr. Leggett's motion is therefore **DENIED**. Any further relief on this motion must be sought from the court of appeals.

**IT IS SO ORDERED.**

Dated: July 14, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE